# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00261-CV

**Gossett Jones Homes, Inc., Appellant**

**v.**

**Bluebonnet Lane Cityhomes Condominium Association, Inc., Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-005660, THE HONORABLE MARIA CANTÚ HEXSEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Gossett Jones Homes, Inc., attempts to appeal from the trial court's April 2, 2024 interlocutory "Order Denying Defendants' Motion for Reconsideration on Motion to Compel Arbitration." Interlocutory orders may be appealed only if permitted by statute and only to the extent jurisdiction is conferred by statute. *Jack B. Anglin Co. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992). No statute provides the right to appeal an order denying a motion for reconsideration of a motion to compel arbitration. *AXA Fin., Inc. v. Roberts*, No. 03-07-00079-CV, 2007 WL 2403210, at *3–4 (Tex. App.—Austin Aug. 23, 2007, no pet.) (mem. op.); *see also* Tex. Civ. Prac. & Rem. Code § 171.098 (authorizing interlocutory appeals of orders "denying an application to compel arbitration" but not of motions to reconsider such denial); *Brand FX, LLC v. Rhine*, 458 S.W.3d 195, 201 (Tex. App.—Fort Worth 2015, no pet.) (holding that order denying motion to reconsider was not appealable because arguments therein and in opposition had been heard

already); *Nazareth Hall Nursing Ctr. v. Castro*, 374 S.W.3d 590, 593–94 (Tex. App.—El Paso 2012, no pet.) (holding that order denying motion to reconsider was not appealable because it was based on same arbitration agreement that was subject of prior motion to compel, which appellant did not timely appeal).

On September 12, 2024, the Clerk of this Court informed appellant that it appears this Court lacks jurisdiction over this matter because the interlocutory order it seeks to appeal from is not an appealable order. Appellant has filed a response in which it concedes that the Court lacks jurisdiction over this interlocutory appeal.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

_____

Thomas J. Baker, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed for Want of Jurisdiction

Filed: October 3, 2024